**KAREN M. VICKERS,** OSB No. 913810
kvickers@mershanlaw.com
**BLAKE H. FRY,** OSB No. 100128
bfry@mershanlaw.com
MERSEREAU SHANNON LLP
One SW Columbia Street, Suite 1600
Portland, Oregon 97258-2089
Telephone: 503.226.6400
Facsimile: 503.226.0383

    Of Attorneys for Defendant
    Clatskanie School District 6J

**AMBER LUNSFORD,** *Pro Hac Vice*
amber.lunsford@lunsfordlegal.com
**LOREN L. LUNSFORD,** OSB No. 032292
loren.lunsford@lunsfordlegal.com
LUNSFORD LEGAL GROUP
980 Ninth Street, 16th Floor
Sacramento, CA 95814
Telephone: 916-692-8621

    Of Attorneys for Plaintiffs,
    Josi Harrison, Laura Lefebvre
    and Hailey Walden

**HALEY E. PERCELL,** OSB No. 053457
hpercell@osba.org
**KATE WILKINSON,** OSB No. 001705
kwilkinson@osba.org
**JOHN STELLWAGEN,** OSB No. 070758
jstellwagen@osba.org
OREGON SCHOOL BOARDS ASSOCIATION
1201 Court Street NE
P.O. Box 1068
Salem, OR 97308
Telephone: 503-588-2800
Facsimile: 503-485-1831

    Of Attorneys for Defendant
    Jeff Baughman

///

PAGE 1 -   STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOSI HARRISON, by and through her mother and next friend ANNIE HARRISON, ALLYSUN HARKLEROAD, by and through her mother and next friend SUNDEE MONHING, and LAURA LEFEBVRE, by and through her mother and next friend JENNIFER LEFEBRVE, and HAILEY WALDEN<br><br>Plaintiffs,<br><br>v.<br><br>CLATSKANIE SCHOOL DISTRICT #6J, an Oregon Public School District;<br>JEFF BAUGHMAN, an individual,<br><br>Defendants. | Case No. 3:13-cv-01837-ST<br><br>STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE |

Based upon the stipulation of the parties below, it is hereby

ORDERED and ADJUDGED that the captioned matter be dismissed with prejudice and without costs or attorney fees to the parties.

Dated this ____ day of _____, 2015.

_____
Honorable Janice M. Stewart,
United States District Court Judge

///

///

PAGE 2 -   STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

IT IS SO STIPULATED:

Dated this 21st day of April, 2015.

LUNSFORD LEGAL GROUP


_/s/ Loren L. Lunsford_
Loren L. Lunsford, OSB No. 032292
Of Attorneys for Plaintiffs, Josi Harrison,
Laura Lefebvre and Hailey Walden

Dated this 21st day of April, 2015.

MERSEREAU SHANNON LLP


_/s/ Karen M. Vickers_
Karen M. Vickers, OSB No. 913810
Of Attorneys for Defendant Clatskanie School
District 6J

Dated this 21st day of April, 2015.

OREGON SCHOOL BOARDS ASSOCIATION


_/s/ Haley E. Percell_
Haley E. Percell, OSB No. 053457
Of Attorneys for Defendant Jeff Baughman